UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES L. BURKEPILE,<br><br>    Plaintiff,<br><br>v.<br><br>RADIAC ABRASIVES, INC.,<br><br>    Defendant. | NO.<br><br>NOTICE OF REMOVAL |

Defendant Radiac Abrasives, Inc. ("Radiac Abrasives") hereby files this Notice of Removal pursuant to U.S.C. §§ 1441 and 1446, and in support thereof states as follows:

**REMOVAL JURISDICTION**

1.    This civil action was commenced and is pending in the Superior Court of the State of Washington, in and for the County of Snohomish, a court located within this District, under Docket Number 09-2-10399-1.

2.    This Court has diversity jurisdiction under 28 U.S.C. § 1332(a). This action thus is removable pursuant to 28 U.S.C. §§ 1441 and 1446.

**SUMMARY OF ALLEGATIONS**

3.    Plaintiff asserts several claims for damages including claims for age discrimination, unpaid wages, willful failure to pay wages and breach of contract. Plaintiff

NOTICE OF REMOVAL - 1

alleges, generally, that Radiac discriminated against him and terminated his employment due to his age.

4. Radiac Abrasives generally denies the allegations made by Plaintiff, disputes the claims asserted by Plaintiff, and disputes that Plaintiff is entitled to any relief. Radiac Abrasives discuss the allegations and claims made by Plaintiff herein solely to demonstrate the propriety of removal.

## ORIGINAL JURISDICTION

5. *Diversity Jurisdiction:* Original jurisdiction exists under 28 U.S.C. § 1332(a) because the Plaintiff and Defendant are citizens of different countries, and the amount in controversy exceeds $75,000. This action thus is removable under 28 U.S.C. § 1441(a).

    a. *Citizenship of Plaintiff:* At the time of the filing of this action and at the time of removal, the named Plaintiff was and currently is a citizen of the State of Washington.

    b. *Citizenship of Defendant:* At the time of the filing of this action and at the time of removal, the named Defendant was and currently is a citizen of Delaware and Illinois under 28 U.S.C. § 1332. Radiac Abrasives is a corporation incorporated and existing under the laws of the state of Delaware and maintains its headquarters and principal place of business in the state of Illinois.

    c. *Amount in Controversy:* Plaintiff has alleged multiple theories of recovery, including claims for age discrimination, unpaid wages, willful failure to pay wages and breach of contract. Although Plaintiff does not specify the damages he seeks, he seeks recovery of past and future wages, bonuses, etc. While Defendant denies Plaintiff's allegations and demand for damages, Defendant advises that during Plaintiff's last year of employment, Mr. Burkepile's ending base salary was $140,400 per year. *Declaration of Kerry Christofanelli in Support of Defendant Radiac Abrasives, Inc.'s Notice of Removal*, ¶ 2. He

NOTICE OF REMOVAL - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2726563.1

had total earnings in 2007 of $188,870 including a $32,830 bonus. *Id.* In 2006 his total earnings were $178,375 including a $29,029 bonus. *Id.* His earnings in both years included a car allowance of $6,600 which might be considered part of his base pay. *Id.* Since Plaintiff's damage claim is based upon his alleged earnings, the damages claims are in excess of $75,000.

## INTRADISTRICT VENUE

6. Venue is proper in this Court under 28 U.S.C. § 1441(a) and because this District encompasses Snohomish County, the place where the removed action was filed and pending.

## REMOVAL IS OTHERWISE PROCEDURALLY PROPER

7. *Removal is Timely*: The Summons and Complaint in this action, filed December 14, 2009, were served upon Radiac Abrasives on or about December 17, 2009, and this Notice of Removal is being filed within 30 days of service. A true copy of the process served upon Radiac Abrasives' registered agent is attached as Exhibit 1.

8. *Copy of the Complaint*: Pursuant to Local Rule 101(b), a true copy of the complaint is attached as Exhibit 2.

9. *Notice to Plaintiff and State Court*: Radiac Abrasives will serve written notice of the filing of this Notice upon Plaintiff as required by 28 U.S.C. § 1446(d) and will file a

///
///

///
///
///
///

NOTICE OF REMOVAL - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2726563.1

1 | Notice of Removal with the clerk of the Superior Court of the State of Washington in and for
2 | the County of Snohomish.
3 |     DATED this 15th day of January, 2010.

s/Kimberly D. Baker, WSBA #14257
Michael I. White, WSBA #35409
Attorneys for Defendant Radiac Abrasives, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: kbaker@williamskastner.com
        mwhite@williamskastner.com

NOTICE OF REMOVAL - 4

2726563.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 15th day of January, 2010, I caused a true and correct copy of the foregoing document, "NOTICE OF REMOVAL" to be delivered to counsel of record as follows:

| | |
|---|---|
| Ian M. Johnson, WSBA #39724<br>Attorneys for Plaintiff<br>COGDILL NICHOLS REIN WARTELLE ANDREWS<br>3232 Rockefeller Avenue<br>Everett, WA 98201<br>Phone: (425) 259-6111<br>Fax: (425) 259-6435<br>Email: ijohnson@cnrlaw.com | VIA<br>☐ U.S. Mail, Postage Prepaid<br>☐ Fax (425) 259-6435<br>☒ ABC Legal Services<br>☐ Express Mail<br>☐ E-Mail: ijohnson@cnrlaw.com |

DATED this 15th day of January, 2010, at Seattle, Washington.

<u>s/Kimberly D. Baker, WSBA #14257</u>
Michael I. White, WSBA #35409
Attorneys for Defendant Radiac Abrasives, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: kbaker@williamskastner.com
        mwhite@williamskastner.com

NOTICE OF REMOVAL - 5

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2726563.1

# EXHIBIT 1

 **CT Corporation**

**Service of Process Transmittal**
12/17/2009
CT Log Number 515884705

**TO:** Kerry Christofanelli
RADIAC ABRASIVES, INC.
1015 South College Avenue
Salem, IL 62881

**RE:** **Process Served in Washington**

**FOR:** RADIAC ABRASIVES, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | James L. Burkepile vs. Radiac Abrasives, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Interrogatories (2 sets) |
| **COURT/AGENCY:** | Snohomish County, Superior Court, WA<br>Case # 09 2 10399 1 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - On the basis of age |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/17/2009 at 13:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, excluding the day of service |
| **ATTORNEY(S) / SENDER(S):** | Ian M. Johnson<br>Cogdill Nichols Rein Wartelle Andrews<br>3232 Rockefeller Avenue<br>Everett, WA 98201<br>425-259-6111 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791250805854 |
| **SIGNED:** | CT Corporation System |
| **PER:** | Michele Rowe |
| **ADDRESS:** | 1801 West Bay Drive NW<br>Suite 206<br>Olympia, WA 98502 |
| **TELEPHONE:** | 360-357-6794 |

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Letter | By Regular Mail on 04/13/2009 postmarked on 04/10/2009 | John Hughes<br>RADIAC ABRASIVES, INC. | 514712240 |

Page 1 of 1 / TG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT 2

FILED
DEC 14 2009
SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH.

## SUPERIOR COURT OF WASHINGTON FOR THE COUNTY OF SNOHOMISH

JAMES L. BURKEPILE,

    Plaintiff,

vs.

RADIAC ABRASIVES, INC.,

    Defendant.

NO. 09 2 10399 1

COMPLAINT

COMES NOW the plaintiff by and through his attorney of record, Ian M. Johnson of Cogdill Nichols Rein Wartelle Andrews, and for cause of action against defendant, alleges as follows:

### I. IDENTITY OF PARTIES

1.1   Plaintiff, James L. Burkepile is a married man and a resident of Snohomish County, state of Washington. Plaintiff files this action individually.

1.2   Defendant, Radiac Abrasives, Inc., (hereinafter "Radiac") is an Illinois corporation with its principal place of business in Salem, Illinois. Radiac also has a plant in Marysville, Washington. All acts and omissions complained of herein occurred at the Radiac Plant in Snohomish County, Washington.

Complaint - 1

COGDILL NICHOLS REIN WARTELLE ANDREWS
3232 Rockefeller Avenue
Everett, WA 98201
Phone: (425) 259-6111
Fax:   (425) 259-6435



## I. JURISDICTION/VENUE

2.1    Jurisdiction and venue are proper in this court pursuant to RCW 4.12.025.

## III. FACTS

3.1    At all times material hereto, plaintiff was employed by the defendant and acted in furtherance of the defendant's business. Plaintiff is currently a 62 year old male. From October 9, 1997 to January 29, 2008, he was employed by defendant. From October 1997 to December 31, 2000 he was employed as Operations Manager at Radiac's facility at Marysville, Washington. Then from January 1, 2001 to January 29, 2008 he was employed as Vice President and General Manager at Radiac's facility at Marysville, Washington.

3.2    At all times material hereto, defendant was an employer as defined by RCW 49.60.040.

3.3    At all times material hereto, defendant employed more than eight (8) persons.

3.3    On January 29, 2008, defendant discharged plaintiff from his employment. The reason given by defendant for plaintiff's discharge was poor performance.

3.4    In fact, plaintiff's performance ratings in this area were excellent and he was designated as part of a "key group of managers who through their performance, can make significant contributions to [Radiac's] success."

3.5    Despite his success, plaintiff was singled out and persecuted. He was set up to fail at assignments that were given to him and was not provided the appropriate authority to execute necessary plans and actions. Despite limitations, he was able to help the Marysville facility to be successful, turn a significant profit, and continue to be positive and productive.

3.6    Plaintiff was subsequently terminated by defendant due to his age.

3.7    Defendant replaced plaintiff with Paul Anderson, who was 47 years of age.

Complaint - 2

COGDILL NICHOLS REIN WARTELLE ANDREWS
3232 Rockefeller Avenue
Everett, WA 98201
Phone: (425) 259-6111
Fax:   (425) 259-6435

3.8    Plaintiff had an agreement with Radiac which set forth the schedule upon which plaintiff was supposed to receive incentives and bonuses. When plaintiff achieved the goals and fully performed under the terms of the contracts, defendant failed to provide him with full compensation/commissions pursuant to the bonus plan.

3.9    Plaintiff demanded payment from defendant under the terms of the contract for amounts he was entitled. Defendant has denied payments and has otherwise refused to pay plaintiff under the terms of the contract.

3.10    Defendant's failure to provide earned bonus and incentives was willful, intentional, and in bad faith.

3.11    As a direct and proximate result of defendant's above alleged conduct, plaintiff has suffered damaged in the nature of lost wages and benefits; past and future medical expenses; and pain, suffering, and mental anguish.

## IV. FIRST CAUSE OF ACTION/AGE DISCRIMINATION

4.1    Plaintiff realleges paragraphs I through III above as if fully set forth herein.

4.2    Defendant was discharged plaintiff from his employment because of his age in violation of RCW 49.60.180.

## V. SECOND CAUSE OF ACTION/UNPAID WAGES

5.1    Plaintiff realleges paragraphs I through IV above as if fully set forth herein

5.2    Defendant has failed to pay plaintiff all wages due him in violation of RCW 49.48.010 and 49.52.090.

## VI. THIRD CAUSE OF ACTION/WILLFUL FAILURE TO PAY WAGES ACCORDING TO WASHINGTON LAW

6.1    Plaintiff realleges paragraphs I through V above as if fully set forth herein.

Complaint - 3

COGDILL NICHOLS REIN WARTELLE ANDREWS
3232 Rockefeller Avenue
Everett, WA 98201
Phone: (425) 259-6111
Fax:   (425) 259-6435

6.2     Defendant has willfully and intentionally paid plaintiff a wage lower than it was obligated to under State law in violation of RCW 49.52.050(2).

## VII. FOURTH CASE OF ACTION/BREACH OF CONTRACT

7.1     Plaintiff realleges paragraphs I through VI above as if fully set forth herein.

7.2     The bonus plan constitutes a written contract between the parties.

7.3     Defendant breached the contract by failing to pay commissions, incentives, and bonuses pursuant to that contract.

## VIII. RELIEF SOUGHT

WHEREFORE, plaintiff prays that the court enter judgment against defendant as follows:

8.1     For an award of special damages for lost wages, benefits and medical expenses in an amount to be established at the time of trial;

8.2     For an award of general damages for emotional distress in an amount to be established at the time of trial;

8.3     For an award of plaintiff's actually and reasonable attorney's fees and costs as may be provided for by RCW 49.60 et seq. and/or RCW 49.48 et seq.;

8.4     For an award of unpaid wages, bonuses and commissions in a sum to be proven at the time of trial;

8.5     As to the fourth cause of action, willful failure to pay commissions, incentives, and bonuses under Washington law, double damages on some or all of the wages owing pursuant to RCW 49.52.070;

8.6     As to the fourth cause of action, breach of contract, for a sum to be proven at the time of trial;

Complaint - 4

1  8.7  For pre-judgment and post-judgment interest at the statutory rate; and

2  8.8  For such other and further relief as the court may deem just and proper.

5  DATED this \_\_11\_\_ day of December 2009.

COGDILL NICHOLS REIN
WARTELLE ANDREWS

By _____
Ian M. Johnson, WSB #39724
Attorneys for Plaintiff

Complaint - 5

COGDILL NICHOLS REIN WARTELLE ANDREWS
3232 Rockefeller Avenue
Everett, WA 98201
Phone: (425) 259-6111
Fax:   (425) 259-6435

1 | STATE OF WASHINGTON:
  |                         SS
2 | COUNTY OF SNOHOMISH:

3 |     I, James L. Burkepile, declare as follows:

4 |     I am a named plaintiff herein. I have read the foregoing Complaint, know the contents thereof and believe the same to be true and correct.

5 |
6 |     I declare under penalty of perjury of the laws of the State of Washington that the within and foregoing is true and correct.

7 |     SIGNED at _____, Washington this ____ day of December, 2009.

8 |
9 |                          SEE ATTACHED
  |                           James L. Burkepile

Complaint - 6

COGDILL NICHOLS REIN WARTELLE ANDREWS
3232 Rockefeller Avenue
Everett, WA 98201
Phone: (425) 259-6111
Fax:   (425) 259-6435

Dec 10 2009 5:33PM    HP LASERJET FAX                                         p.2
'Complaint.doc                              http://mail.google.com/mail/?ui=2&ik=d774714e54&view=att&...

SIGNED at Arlington, Washington this 12 day of December, 2009.

*James L. Burkepile*

James L. Burkepile