|  |  |  |
|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS**<br>01/15/2010 03:08 PM | To<br>cc<br>bcc<br>Subject | "Hutchings, Danna" <DHutchings@williamskastner.com><br><br><br>Re: Burkepile v. Radiac Abrasives, Inc. |

Your case number is:  CV10-0095JCC.   Filing fee is $350.   Please note, it will take 24-48 hours before your case is opened in cm/ecf.   If you should have questions, please call (206) 370-8400.   Thx!

~Donna Jackson

"Hutchings, Danna" <DHutchings@williamskastner.com>



|  |  |  |
|---|---|---|
| **"Hutchings, Danna" <DHutchings@williamskastner.com>**<br>01/15/2010 10:46 AM | To<br>cc<br>Subject | newcases.seattle@wawd.uscourts.gov<br>"White, Michael" <mwhite@williamskastner.com><br>Burkepile v. Radiac Abrasives, Inc. |

Attached for filing with the court please find the following documents:
- Civil Cover Sheet
- Notice of Removal
- Declaration of Kerry Christofanelli In Support of Defendant Radiac Abrasives, Inc.'s Notice of Removal

I will follow-up this email with a call to Clerk to provide credit card payment information for the $350.00 filing fee.

Thank you.
Danna

**Danna Hutchings**
Legal Assistant to Rodney L. Umberger, Jr. and Michael I. White
Williams Kastner
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Main: 206.628.6600
Direct: 206.233.2985
Fax: 206.628.6611
dhutchings@williamskastner.com
www.williamskastner.com

 
BURKEPILE Civil Cover Sheet.pdf    BURKEPILE Notice of Removal.pdf


WKG-#2733782-v1-BURKEPILE_Declaration_of_Kerry_Christofanelli.pdf

